LILA M. LLOYD, *Appellant, vs.* THE COOPER CORPORATION, a corporation under the laws of the State of Ohio, and the BURNS RADIO COMPANY, a corporation under the laws of the State of Ohio, of Hamilton County, Ohio, *Appellees.*

Decision filed May 30, 1931.

*Whitaker Brothers, Burton G. Henson* and *Edwin R. Dickenson,* for Appellant;

*C. H. Martin,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the final decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that the decree of the Circuit Court in this cause should be and the same is hereby reversed on authority of the opinion in the case of Lloyd, vs. The Cooper Corporation filed at the present term.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.